Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RYAN CHRISTOPHER KANE,<br><br>Defendant. | CASE NO. MJ21-334<br><br>COMPLAINT for VIOLATION<br><br>Title 21, U.S.C.<br>Sections 841(a)(1) and 841(b)(1)(A) |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

**(Possession of Methamphetamine with Intent to Distribute)**

On or about June 7, 2021, in Bothell, in King County, within the Western District of Washington, and elsewhere, the Defendant, RYAN CHRISTOPHER KANE, did knowingly and intentionally possess, with the intent to distribute, methamphetamine, a substance controlled under Title 21, United States Code, Section 812, Schedule II.

Complaint- 1
*United States v. KANE, RYAN CHRISTOPHER*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is further alleged that the offense involved 500 grams of more of a mixture of substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

And the complainant states that this Complaint is based on the following information:

I, Matt Eidinger, being first duly sworn on oath, depose and say:

### I.   INTRODUCTION AND AGENT BACKGROUND

1. I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I have been a Special Agent with United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI") since September 2008. I am presently assigned to a narcotics investigations group in Seattle, Washington focusing on narcotics trafficking and money laundering in the Western District of Washington. From March 2009 through June 2013, I was assigned to the HSI office in Blaine, Washington, where I conducted narcotics and money laundering investigations on the Northwest Border. I am cross-designated and have the authority to conduct Title 21 investigations and enforcement activities. I personally participated in drug trafficking investigations and work closely with other agencies, including the Drug Enforcement Administration ("DEA").

2. As a federal law enforcement officer for over eleven years, I have received formal training, as well as extensive on the job training, relative to the investigation of narcotics trafficking, money laundering, bulk cash smuggling, black market peso exchange, transportation, layering, structuring and other techniques used to launder illicit proceeds. I have participated in investigations which involved the use of electronic surveillance techniques and have been involved in multiple federal wiretap

Complaint- 2
*United States v. KANE, RYAN CHRISTOPHER*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

investigations. I have monitored or overheard numerous calls or meetings between informants or undercover agents, drug traffickers and money launderers. I have investigated offenses involving illicit controlled substances, money laundering, bulk cash smuggling, and other crimes that have resulted in arrests, indictments, and convictions. While participating in these and other criminal investigations, I have executed search warrants at businesses, residences, vehicles and storage facilities. As a result of these investigations, I have become familiar with methods and techniques used by narcotics traffickers to import and export narcotics within the United States and distribute those narcotics within the United States. I have also become familiar with methods and techniques used by money launderers and narcotics traffickers to derive, launder, and conceal illicit proceeds, and to use these proceeds to promote and facilitate unlawful activity. I have participated in undercover operations that involved the collection, transportation, exportation and laundering of illicit proceeds derived from the sale of narcotics and other items.

3. As set forth below, there is probable cause to believe that Defendant, RYAN CHRISTOPHER KANE, committed the count alleged above. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included every fact known concerning this investigation. I have set forth only the facts that I believe are essential for a fair determination of probable cause.

## II.     SUMMARY OF PROBABLE CAUSE

4. In March 2021, HSI Seattle Group 1 received an investigative lead from the Australian Border Force (ABF) through the Australian Department of Home Affairs. On March 2, 2021, ABF at New South Wales Air Cargo seized 39 computer hard drives containing crystal methamphetamine from a UPS package with tracking number 1ZA1129E6712470721 (hereinafter "UPS Package 1"). The approximate seizure weight was 4 kilograms. The methamphetamine was concealed within the hollowed-out hard drives. The package appeared to have originated from Redmond, WA and was shipped internationally through UPS.  UPS Package 1 entered the U.S. shipping stream from The

Complaint- 3
*United States v. KANE, RYAN CHRISTOPHER*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 UPS Store at 14241 NE Woodinville-Duvall Rd, Woodinville, WA 98072 on February
2 15, 2021.

3     5.    On April 25, 2021, a United States Postal Service ("USPS") outbound mail
4 parcel with tracking number CM289180275US (hereinafter "USPS Package 1") arrived
5 at the SFO International Mail Facility destined to Australia. USPS Package 1 was
6 declared as "3.5IN DESKTOP HARDDRIVE" and was referred for inspection by CBPO
7 Johnny Cheng back in Seattle and held locally by CBPO Benson Soo. The same day,
8 CBPO Angel Salas and CBPO Wendy Coleman x-rayed the parcel which revealed
9 inconsistencies between the description and the image. In the image, the inside of the
10 hard drives appeared granular, as if they were full of thousands of small particles. This is
11 in stark contrast to a smooth solid piece of metal or plastic seen from a legitimate hard
12 drive. A physical examination of USPS Package 1 revealed 18 vacuum sealed hard
13 drives. Furthermore, CBPO Salas opened a hard drive and observed a crystalline
14 substance inside. CBPO Coleman tested the suspected substance inside the hard drive and
15 it field-tested positive for methamphetamine. CBPO Salas calculated the gross weight of
16 the hard drives with the methamphetamine to be 8,096 grams.

17     6.    On April 27, 2021, a USPS outbound mail parcel with tracking number
18 CM289167852US (hereinafter "USPS Package 2") arrived at the San Francisco
19 International Mail Facility destined to Australia. The parcel was declared as "3.5IN
20 DESKTOP HARDDRIVE" and was referred for inspection by CBPO Cheng in Seattle
21 and held locally by CBP personnel at SFO. On the same day, CBPO Salas x-rayed the
22 parcel which revealed inconsistencies between the description and the image. In the
23 image, the inside of the hard drives appeared granular, as if they were full of thousands of
24 small particles. This is in stark contrast to a smooth solid piece of metal or plastic seen
25 from a legitimate hard drive. A physical exam revealed 18 vacuum sealed hard drives.
26 The wrapping and feel of the hard drives were inconsistent with what's expected of a new
27 drive. Furthermore, CBPO Salas opened a hard drive and a crystalline substance was
28 found inside. CBPO Salas conducted a field test on the substance contained inside the

Complaint- 4
*United States v. KANE, RYAN CHRISTOPHER*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

hard drive and determined that the substance was methamphetamine. CBPO Salas determined that the total gross weight of the meth and hard drives was 8,173 grams.

7. USPS business records revealed USPS Package 2 was tracked on three separate dates by IP address 50.106.18.109.[1] In addition, USPS business records showed USPS Package 1 was tracked on eight separate dates by the exact same IP address.[2] This IP address is assigned to Ziply Fiber, an Internet Service Provider.

8. Agents received the records from Ziply Fiber, which revealed the subscriber for this IP address was Ryan KANE at 12618 NE 180th ST, Apt EE302 Bothell, WA 98011.

9. On June 7, 2021, agents executed a federal search warrant, for KANE's apartment at 12618 NE 180th Street, Apt EE302, Bothell, WA 98011, as well as his vehicle and person. Inside a bedroom in KANE's apartment agents recovered a large glass container that contained a crystalline substance that field tested positive for methamphetamine. The total weight of the methamphetamine when it was taken out of the container was 1,844.1 grams.

//

---

[1] The IP address tracked this parcel on April 23rd, April 27th, and April 28th.
[2] The IP address tracked this parcel on April 23rd, April 27th, April 28th, April 29th, May 3rd, May 4th, May 14th, and May 18th.

Complaint- 5
United States v. KANE, RYAN CHRISTOPHER

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



Photograph of Methamphetamine Recovered on June 7, 2021

10. Agents also observed that within the same room of the methamphetamine there were approximately 15 hard drives. Agents observed that the hard drives recovered from the room were hollowed-out and contained additional methamphetamine inside of them. The total gross weight for the methamphetamine with the hard drives was 8,280.4 grams. Agents also recovered various packing materials including multiple USPS Priority Mail Express Boxes, FedEx Boxes and envelopes, and multiple shipping labels inside the room. Additionally, agents recovered a loaded 9mm handgun sitting on the couch in the living room of the apartment.

11. During the execution of the warrant agents spoke with KANE, who admitted to knowing that the methamphetamine was in his apartment but stated in

Complaint- 6
*United States v. KANE, RYAN CHRISTOPHER*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

substance that he had been extorted into selling the methamphetamine by an outlaw motorcycle gang. However, the Defendant refused to provide any names of individuals who had threatened him or supplied the methamphetamine.

### III.     CONCLUSION

12.    Based on the above facts, I respectfully submit that there is probable cause to believe that RYAN CHRISTOPHER KANE did knowingly and intentionally possess with intent to distribute methamphetamine, and said methamphetamine, its salts, isomers, or salts of its isomers weighed 500 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

*Matt Eidinger*
MATT EIDINGER, Complainant
Special Agent, HSI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 7th day of June, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint- 7
*United States v. KANE, RYAN CHRISTOPHER*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970